# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Rural Empowerment Assn For Cmty Help

**v.**

EPA

**Case No:** 25-5354

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Cattlemen's Beef Association

National Pork Producers Council

American Farm Bureau Federation

United States Poultry & Egg Association

### Counsel Information

**Lead Counsel:** David Y. Chung

**Direct Phone:** ( 202 ) 624-2587 **Fax:** ( 202 ) 628-5116 **Email:** dchung@crowell.com

**2nd Counsel:**

**Direct Phone:** ( ___ ) _____ **Fax:** ( ___ ) _____ **Email:**

**3rd Counsel:**

**Direct Phone:** ( ___ ) _____ **Fax:** ( ___ ) _____ **Email:**

**Firm Name:** Crowell & Moring LLP

**Firm Address:** 1001 Pennsylvania Ave., NW, Washington, DC 20004

**Firm Phone:** ( 202 ) 624-2500 **Fax:** ( 202 ) 628-5116 **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)