**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| RURAL EMPOWERMENT ASSOCIATION FOR COMMUNITY HELP et al., <br><br> *Appellants*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY et al., <br><br> *Appellees*, <br><br> and <br><br> NATIONAL CATTLEMEN'S BEEF ASSOCIATION et al., <br><br> *Intervenor-Appellees.* | Case No. 25-5354 |

**APPELLANTS' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to the Court's order of October 8, 2025 and D.C. Circuit Rule 28(a)(1), Appellants submit this Certificate as to Parties, Rulings, and Related Cases.

### A. Parties and Amici.

Plaintiffs-Appellants are Rural Empowerment Association for Community Help, Animal Legal Defense Fund, Center for Biological Diversity, Center for Food Safety, Don't Waste Arizona, Environmental Integrity Project, Food & Water Watch, Humane World for Animals,[1] Sierra Club, Sound Rivers, and Waterkeeper Alliance, Inc.

Defendants-Appellees are the United States Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency.

Intervenor-Defendants-Appellees are National Cattlemen's Beef Association, National Pork Producers Council, American Farm Bureau Federation, and United States Poultry & Egg Association.

No amici appeared before the district court, and no amici have yet appeared before this Court.

## Circuit Rule 26.1 Disclosures

**Rural Empowerment Association for Community Help**

Non-Governmental Corporate Party to this Action: Rural Empowerment Association for Community Help (REACH)

---

[1] In February 2025, the Humane Society of the United States officially changed its name to Humane World for Animals.

Parent Corporations: None

Publicly Held Company that Owns 10% or More of Party's Stock: None

Party's General Nature and Purpose: REACH is a nonprofit corporation organized and existing under the laws of North Carolina. REACH aims to educate and empower the citizens of Duplin County, North Carolina, including by working to enforce and improve laws and policies that affect their lives, as well as by helping them to protect themselves from hazardous air pollution generated by industrial animal feeding operations.

**Animal Legal Defense Fund**

Non-Governmental Corporate Party to this Action: Animal Legal Defense Fund (ALDF)

Parent Corporations: None

Publicly Held Company that Owns 10% or More of Party's Stock: None

Party's General Nature and Purpose: ALDF is a nonprofit corporation organized and existing under the laws of California. ALDF uses the legal system to protect the lives and advance the interests of animals, including by advocating for stronger legal protections against hazardous air pollution from industrial animal feeding operations, which threatens confined animals.

**Center for Biological Diversity**

Non-Governmental Corporate Party to this Action: Center for Biological Diversity (the Center)

Parent Corporations: None

Publicly Held Company that Owns 10% or More of Party's Stock: None

Party's General Nature and Purpose: The Center is a nonprofit corporation organized and existing under the laws of California, with its headquarters in Tucson, Arizona, and offices throughout the United States. The Center works through science, law, and policy to secure a future for all species hovering on the brink of extinction. In support of its mission, the Center participates in efforts to address threats to imperiled species and public health, including air pollution from industrial animal feeding operations.

**Center for Food Safety**

Non-Governmental Corporate Party to this Action: Center for Food Safety (CFS)

Parent Corporations: None

Publicly Held Company that Owns 10% or More of Party's Stock: None

Party's General Nature and Purpose: CFS is a nonprofit corporation organized and existing under the laws of California. CFS works to empower people, support farmers, and protect the Earth from the harmful impacts of industrial agriculture, including hazardous air pollution from industrial animal feeding operations.

**Don't Waste Arizona**

Non-Governmental Corporate Party to this Action: Don't Waste Arizona

Parent Corporations: None

Publicly Held Company that Owns 10% or More of Party's Stock: None

Party's General Nature and Purpose: Don't Waste Arizona is a nonprofit corporation organized and existing under the laws of Arizona. Don't Waste Arizona advocates for the protection, conservation, and preservation of the human and natural environment across Arizona, including by working to enforce environmental laws pertaining to industrial animal feeding operations.

**Environmental Integrity Project**

Non-Governmental Corporate Party to this Action: Environmental Integrity Project (EIP)

Parent Corporations: None

Publicly Held Company that Owns 10% or More of Party's Stock: None

Party's General Nature and Purpose: EIP is a nonprofit corporation organized and existing under the laws of the District of Columbia. EIP is dedicated to strengthening environmental laws and improving their enforcement, including environmental laws governing air pollution from industrial animal feeding operations.

**Food & Water Watch**

Non-Governmental Corporate Party to this Action: Food & Water Watch (FWW)

Parent Corporations: None

Publicly Held Company that Owns 10% or More of Party's Stock: None

Party's General Nature and Purpose: FWW is a nonprofit corporation organized and existing under the laws of the District of Columbia. FWW's mission is to stand up to corporations that put profits before people and advocate for a democracy that improves people's lives and protects our environment, and it does so by advocating for improvements in regulations governing industrial animal feeding operations, among other efforts.

**Humane World for Animals**

Non-Governmental Corporate Party to this Action: Humane World for Animals

Parent Corporations: None

Publicly Held Company that Owns 10% or More of Party's Stock: None

Party's General Nature and Purpose: Humane World for Animals is a nonprofit corporation organized and existing under the laws of Delaware. Humane World for Animals advocates for better laws to protect animals and their environment, including laws governing air pollution from industrial animal feeding operations.

**Sierra Club**

Non-Governmental Corporate Party to this Action: Sierra Club

Parent Corporations: None

Publicly Held Company that Owns 10% or More of Party's Stock: None

Party's General Nature and Purpose: Sierra Club is a nonprofit corporation organized and existing under the laws of California. Sierra Club is dedicated to protecting and promoting the enjoyment of the environment, and its goals include preventing air pollution from industrial animal feeding operations from harming public health and rural heritage.

**Sound Rivers**

Non-Governmental Corporate Party to this Action: Sound Rivers

Parent Corporations: None

Publicly Held Company that Owns 10% or More of Party's Stock: None

Party's General Nature and Purpose: Sound Rivers is a nonprofit corporation organized and existing under the laws of North Carolina. Sound Rivers guards the health of the Neuse and Tar-Pimlico River Basins, including by holding industrial animal feeding operations to account for the air pollution that they produce.

**Waterkeeper Alliance, Inc.**

Non-Governmental Corporate Party to this Action: Waterkeeper Alliance, Inc.

Parent Corporations: None

Publicly Held Company that Owns 10% or More of Party's Stock: None

Party's General Nature and Purpose: Waterkeeper Alliance, Inc. is a nonprofit corporation organized and existing under the laws of New York. Waterkeeper Alliance seeks to restore and protect all major waterways around the world as drinkable, fishable, and swimmable, and it works toward this vision by protecting waterways and communities from air pollution from industrial animal feeding operations, among other efforts.

### B. Rulings Under Review.

The rulings under review are the opinion and order entered in *Rural Empowerment Association for Community Help v. U.S. Environmental Protection Agency*, No. 18-2260 (TJK) (D.D.C. Aug. 7, 2025), Dkt. 95 & 96, by the Honorable Timothy J. Kelly on August 7, 2025. The district court's opinion is not published but is available at 2025 WL 2255085.

### C. Related Cases.

This case has not previously been before this Court or any court other than the district court, and there are no currently pending related cases.

Dated: November 7, 2025                             Respectfully submitted,


                                                    */s/ Alexis Andiman*
                                                    Alexis Andiman
                                                    Peter Lehner

8

Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
(212) 845-7376
aandiman@earthjustice.org
plehner@earthjustice.org

Carrie F. Apfel
Kara Goad*
Earthjustice
1001 G Street NW, Suite 1000
Washington, DC 20001
(202) 667-4500
capfel@earthjustice.org
kgoad@earthjustice.org

*Counsel for Appellants Rural Empowerment Association for Community Help, Animal Legal Defense Fund, Center for Biological Diversity, Center for Food Safety, Don't Waste Arizona, Environmental Integrity Project, Food & Water Watch, Humane World for Animals, Sierra Club, Sound Rivers, and Waterkeeper Alliance, Inc.*

*/s/ Christine Ball-Blakely*
Christine Ball-Blakely
Animal Legal Defense Fund
2108 N Street, Suite N
Sacramento, CA 95816
(707) 795-2533 ex. 1038
cblakely@aldf.org

9

*Counsel for Appellant Animal Legal Defense Fund*


*/s/ Tarah Heinzen*
Tarah Heinzen
Food & Water Watch
1616 P Street NW, Suite 300
Washington, DC 20036
(202) 683-2457
theinzen@fwwatch.org

*Counsel for Appellant Food & Water Watch*

* Application for admission pending

10