ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| RURAL EMPOWERMENT ASSOCIATION FOR COMMUNITY HELP et al., <br><br> *Appellants*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY et al., <br><br> *Appellees*, <br><br> and <br><br> NATIONAL CATTLEMEN'S BEEF ASSOCIATION et al., <br><br> *Intervenor-Appellees*. | Case No. 25-5354 |

## JOINT MOTION TO AMEND BRIEFING SCHEDULE

Appellants Rural Empowerment Association for Community Help, Animal Legal Defense Fund, Center for Biological Diversity, Center for Food Safety, Don't Waste Arizona, Environmental Integrity Project, Food & Water Watch, Humane World for Animals, Sierra Club, Sound Rivers, and Waterkeeper Alliance, Inc. (collectively, "Appellants"), along with Appellees U.S. Environmental Protection Agency ("EPA") and Lee M. Zeldin, in his official capacity as EPA

Administrator (collectively, "Appellees"), and Intervenor-Appellees National Cattlemen's Beef Association, National Pork Producers Council, American Farm Bureau Federation, and United States Poultry & Egg Association (collectively, "Intervenor-Appellees," or together with Appellants and Appellees, "Parties"), respectfully move this Court to amend its December 15, 2025 Order setting a briefing schedule in the above-captioned matter to reflect the agreed-upon briefing schedule below.  Counsel for Appellants conferred with counsel for Appellees and Intervenor-Appellees, and all Parties concur in this motion's content.

| | |
|---|---|
| Appellants' Brief | Wednesday, April 8, 2026 |
| Appellees' Brief | Monday, June 8, 2026 |
| Intervenor-Appellees' Brief | Monday, June 22, 2026 |
| Appellants' Reply Brief | Monday, July 13, 2026 |
| Deferred Appendix | Monday, July 20, 2026 |
| Final Briefs | Monday, August 3, 2026 |

The agreed-upon schedule will accommodate holiday office closures, counsels' deadlines in other matters, and planned vacations.  Given that oral argument in this matter has not yet been scheduled, granting this joint motion will not affect the oral argument schedule.  The Parties respectfully request that the Court grant this relief as soon as possible before January 26, 2026, when Appellants' opening brief is currently due.

2

Dated: December 24, 2025	Respectfully submitted,

	*/s/ Alexis Andiman*
	Alexis Andiman
	Peter Lehner
	Earthjustice
	48 Wall Street, 15th Floor
	New York, NY 10005
	(212) 845-7376
	aandiman@earthjustice.org
	plehner@earthjustice.org

	Carrie F. Apfel
	Kara Goad
	Earthjustice
	1001 G Street NW, Suite 1000
	Washington, DC 20001
	(202) 667-4500
	capfel@earthjustice.org
	kgoad@earthjustice.org

	*Counsel for Appellants Rural Empowerment Association for Community Help, Animal Legal Defense Fund, Center for Biological Diversity, Center for Food Safety, Don't Waste Arizona, Environmental Integrity Project, Food & Water Watch, Humane World for Animals, Sierra Club, Sound Rivers, and Waterkeeper Alliance, Inc.*

	*(continued)*

*/s/ Christine Ball-Blakely*
Christine Ball-Blakely
Animal Legal Defense Fund
2108 N Street, Suite N
Sacramento, CA 95816
(707) 795-2533 ex. 1038
cblakely@aldf.org

*Counsel for Appellant Animal Legal Defense Fund*


*/s/ Tarah Heinzen*
Tarah Heinzen
Food & Water Watch
1616 P Street NW, Suite 300
Washington, DC 20036
(202) 683-2457
theinzen@fwwatch.org

*Counsel for Appellant Food & Water Watch*


*/s/ Brian C. Toth*
Brian C. Toth
U.S. Department of Justice
Environment and Natural Resources Division
Appellate Section
P.O. Box 7415
Washington, DC 20044
(202) 532-3112

*(continued)*

brian.toth@usdoj.gov

*Counsel for Appellees U.S. Environmental Protection Agency and Lee M. Zeldin*

/s/ David Y. Chung
David Y. Chung
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
dchung@crowell.com

*Counsel for Intervenor-Appellees National Cattlemen's Beef Association, National Pork Producers Council, American Farm Bureau Federation, and United States Poultry & Egg Association*

5

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Times New Roman 14-point, a proportionally spaced font, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 239 words, according to the word count of Microsoft Word.

/s/ Alexis Andiman

*Counsel for Appellants Rural Empowerment Association for Community Help, Animal Legal Defense Fund, Center for Biological Diversity, Center for Food Safety, Don't Waste Arizona, Environmental Integrity Project, Food & Water Watch, Humane World for Animals, Sierra Club, Sound Rivers, and Waterkeeper Alliance, Inc.*

Dated: December 24, 2025