# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5354** | **September Term, 2025** |
| | 1:18-cv-02260-TJK |
| | Filed On: January 5, 2026 [2152914] |

Rural Empowerment Association for
Community Help, et al.,

      Appellants

      v.

Environmental Protection Agency, et al.,

      Appellees

### O R D E R

Upon consideration of the joint motion to amend briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | April 8, 2026 |
| Appellees' Brief | June 8, 2026 |
| Intervenor-Appellees' Brief | June 22, 2026 |
| Appellants' Reply Brief | July 13, 2026 |
| Deferred Appendix | July 20, 2026 |
| Final Briefs | August 3, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
      Scott H. Atchue
      Deputy Clerk